UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| RONALD JAMES FISHER, | ) | Case No. C16-6051-JPD |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING UNOPPOSED |
| | ) | MOTION FOR EAJA FEES, EXPENSES |
| v. | ) | AND COSTS |
| | ) | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

This matter comes before the Court on the plaintiff's unopposed motion for attorney fees, expenses and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 and 1920. Dkt. 17. The Commissioner "has no objection this this request." Dkt. 18 at 1. Accordingly, the Court ORDERS that plaintiff's unopposed motion, Dkt. 17, is GRANTED, and that EAJA fees in the amount of $6,551.57, expenses in the amount of $10.68, and costs in the amount of $400.00 be awarded to plaintiff.

DATED this 11th day of October, 2017.

JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER
PAGE - 1